AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

ERIC TRAVERS, MICHAEL BOUDREAU,
JOSEPH COLELLA, CLIFFORD ARPINO,
MICHAEL MARINI and ROCCO MARINI,
      V.    Plaintiffs

CITY OF NEWTON, MASSACHUSETTS,
and DAVID B. COHEN, In His
Capacity as Mayor of the
City of Newton, Massachusetts,
            Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12635 RWZ

TO: (Name and address of Defendant)
    City of Newton
    1000 Commonwealth Avenue
    Newton, MA 02459

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Harold L. Lichten
    Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
    18 Tremont St., Ste. 500
    Boston, MA 02108

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK  ANASTAS

(By) DEPUTY CLERK

DATE  DEC 16 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

December 30, 2004

I hereby certify and return that on 12/28/2004 at 11:25AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to EDWARD ENGLISH, CITY CLERK, agent, person in charge at the time of service for CITY OF NEWTON, at , 1000 COMMONWEALTH Avenue, Newton, MA 02459. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.80), Postage and Handling ($1.00), Travel ($5.12) Total Charges $42.92

*John F. Kennedy*

Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.