UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Eric Travers, Michael Boudreau, Joseph Colella, Clifford Arpino, Michael Marini, and Rocco Marini<br><br>    Plaintiffs,<br><br>                            v.<br><br>City of Newton, Massachusetts, and David B. Cohen, In His Capacity as Mayor of the City of Newton, Massachusetts<br><br>    Defendants. | Civil Action No.<br>04-12635 RWZ |

## ASSENTED-TO MOTION TO ENLARGE TIME IN WHICH TO ANSWER, MOVE OR OTHERWISE PLEAD

Defendants, City of Newton and David B. Cohen, In his capacity as Mayor of the City of Newton, Massachusetts ("Defendants") respectfully request that this Court extend the time for filing a responsive pleading in the above-referenced matter until March 1, 2005. Counsel for Defendants conferred with counsel for the Plaintiffs, who assents to this motion.

WHEREFORE, for the foregoing reasons, Defendants respectfully requests the Court to grant their motion to extend time to March 1, 2005.

Date: February 15, 2005

                                            Respectfully Submitted,

CITY OF NEWTON and DAVID B. COHEN

By their Attorneys,

____/s/ Joseph P. McConnell_____

Keith H. McCown, Esq. (BBO# 329980)
Joseph P. McConnell, Esq. (BBO # 566412)
Mary Jo Harris, Esq. (BBO# 561484)
MORGAN, BROWN, & JOY, LLP
200 State Street
Boston, MA 02109
(617) 523 -6666

Donnalyn B. Lynch Kahn, Esq. (BBO# 556609)
Assistant City Solicitor
City of Newton
1000 Commonwealth Ave.
Newton Centre, MA 02459

**Certificate of Service**

I hereby certify that a copy of the foregoing Assented to Motion to Enlarge Time in Which To Answer, Move or Otherwise Plead was served upon Harold B. Lichten, Esq., Pyle, Rome, Lichten, Ehrenberg, & Liss-Riordan, P.C., 18 Tremont Street, Suite 500 Boston, MA 02111 and to Donnalyn B. Lynch Kahn, Esq., City of Newton, 1000 Commonwealth Ave., Newton Centre, MA 02459 by facsimile and first-class mail this 15th day of February 2005.

_____/s/ Joseph P. McConnell
Joseph P. McConnell