UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ERIC TRAVERS, MICHAEL BOUDREAU, JOSEPH COLELLA, CLIFFORD ARPINO, MICHAEL MARINI, and ROCCO MARINI, | ) ) ) ) | |
| Plaintiffs | ) ) | CIVIL ACTION NO. 04-12635-RWZ |
| v. | ) ) | |
| CITY OF NEWTON, MASSACHUSETTS and DAVID B. COHEN, in his capacity as Mayor of the City of Newton, Massachusetts; | ) ) ) ) | |
| Defendants | ) ) | |

COUNSEL CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Mary Jo Harris, counsel for the defendants City of Newton and David B. Cohen, Mayor of the City of Newton, hereby certify that I have conferred with the plaintiffs' counsel, Harold L. Lichten, regarding the defendants' Motion to Dismiss for Failing to Join a Necessary Party or in the alternative, Motion to Join a Necessary Party, and that counsel have been unable to resolve or narrow the issue presented therein.

/s/  Mary Jo Harris
Mary Jo Harris

Dated: March 1, 2005