UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
ERIC TRAVERS, MICHAEL BOUDREAU,      )
JOSEPH COLELLA, CLIFFORD ARPINO,     )
MICHAEL MARINI, and ROCCO MARINI,    )
           Plainitffs                )
                                     )
v.                                   ) Civil Action No. 04-12635-RWZ
                                     )
CITY OF NEWTON, MASSACHUSETTS,       )
and DAVID B. COHEN, In his capacity as )
Mayor of the City of Newton, Massachusetts; )
           Defendants                )
```

NOTICE OF APPEARANCE

Please enter an appearance for Alfred Gordon as counsel on behalf of the Plaintiffs. Harold L. Lichten, who has already entered an appearance, will continue as lead counsel for Plaintiffs in this matter.

Respectfully submitted,

_____
Alfred Gordon, BBO #630456
Pyle, Rome, Lichten, Ehrenberg &
Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Date:  March 2, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorneys of record for each party by first class mail on March 2, 2005.

_____
Alfred Gordon