UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
ERIC TRAVERS, MICHAEL BOUDREAU,             )
JOSEPH COLELLA, CLIFFORD ARPINO,            )
MICHAEL MARINI, and ROCCO MARINI,           )
            Plaintiffs,                     )
                                            )
v.                                          )   Civil Action No. 04-12635-RWZ
                                            )
CITY OF NEWTON, MASSACHUSETTS,              )
and DAVID B. COHEN, In his capacity as      )
Mayor of the City of Newton, Massachusetts; )
            Defendants.                     )
_____ )

## MOTION TO ADD ONE PLAINTIFF AND
## TO AMEND CAPTION ACCORDINGLY

The Plaintiffs hereby move to add Brice Adams as a Plaintiff in this action and to amend the caption accordingly.

In support of this Motion, the Plaintiffs state that Brice Adams is similarly situated to the named plaintiffs in that he is an adult resident of the City of Newton who receieved a score of 92 on the relevant entry-level firefighter examination and that he was not reached for consideration for a firefighter position in the Newton Fire Department. The Plaintiffs further state that the addition of another plaintiff is in the interest of judicial economy.  If not added as plaintiff in this action, Mr. Adams would need to file an independent action in this Court, necessitating responsive pleadings from all the parties herein and the expenditure of judicial resources in reviewing and responding to the pleadings and scheduling the matter for any necessary hearings.

Pursuant to Local Rule 7.1, counsel for the Plaintiffs has conferred with counsel of record for this case, who have assented to this motion.

          Respectfully submitted,

          ERIC TRAVERS, MICHAEL BOUDREAU, JOSEPH COLELLA, CLIFFORD ARPINO, MICHAEL MARINI, ROCCO MARINI, and BRICE ADAMS

          By their attorneys,

          ___s/Alfred Gordon_____
          Harold L. Lichten, BBO # 549689
          Alfred Gordon, BBO #630456
          Pyle, Rome, Lichten, Ehrenberg &
             Liss-Riordan, P.C.
          18 Tremont Street, Suite 500
          Boston, MA 02108

Date:  June 29, 2005          (617) 367-7200

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorneys of record for each party by U.S. Mail on June 29, 2005.

          ___s/Alfred Gordon_____
          Alfred Gordon