UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


ERIC TRAVERS ET AL
                    Plaintiff

        V.

                                              CIVIL ACTION:04-12635-RWZ

CITY OF NEWTON ET AL
                    Defendant



ORDER OF DISMISSAL

ZOBEL, D.J.                                   DECEMBER 2, 2005


        The Court having been advised by counsel for the parties that the above action has been

settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to

the right, upon good cause shown within 30 days, to reopen the action if settlement is not

consummated.



                              By the Court,



                              s/ Lisa A. Urso
                              Deputy Clerk


30day.ord